UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREA M. SAVICKI,                                              12 Civ. 1305 (NAM)(DEP)

                              Plaintiff,                              ECF Case

      - against -

PRUDENTIAL INSURANCE COMPANY OF                                 JAN 8 2013
AMERICA and THE BANK OF NEW YORK
MELLON CORPORATION,

                              Defendants.
-----------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties, attorney of record for Plaintiff Andrea M. Savicki and attorneys of record for Defendant's The Prudential Insurance Company of America ("Prudential") and The Bank of New York Mellon Corporation ("BONY") that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the captioned action be, and the same hereby is, dismissed with prejudice, without costs to either side.

This Stipulation may be executed in counterparts, and a copy transmitted by .pdf shall be deemed an original for all purposes.

Dated: January 7, 2013
~~New York,~~ New York
Syracuse

OLINSKY LAW GROUP

By: _____
Howard D. Olinsky

One Park Place
300 South State Street
Syracuse, New York 13202
(315) 701-5780
Attorney for Plaintiff
Andrea M. Savicki

BAR # 102297

Dated: January 7, 2013
New York, New York

d'ARCAMBAL OUSLEY & CUYLER BURK, LLP

By: _____
Michelle J. d'Arcambal

40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
Attorneys for Defendants
The Prudential Insurance Company
of America and The Bank of New
York Mellon Corporation

SO ORDERED:

_____
U.S.D.J.

2

## AFFIRMATION OF SERVICE

I, Michelle J. d'Arcambal, an attorney duly licensed to practice in the State of New York and the United States District Court, Northern District of New York, affirm under the penalty of perjury that on January 7, 2013, I caused a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice, to be served upon:

>Mr. Howard D. Olinsky, Esq.
>One Park Place
>300 South State Street
>Syracuse, New York 13202
>Tel.: (315) 701-5780
>Attorney for Plaintiff Andrea M. Savicki

by CM/ECF.

Dated: January 7, 2013

/s/ Michelle J. d'Arcambal
Michelle J. d'Arcambal, Esq.